granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR HAMWAY, Appellant, v. BERT TRUESDELL, Undersheriff of the County of Orange, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

WALTER RAMSAY and JOHN B. BOYD, Appellants, v. BUSKIRK TRUCKING CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

SAMUEL SCHWARTZ, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MARIE ELIZABETH SLACKE and PATRICK HENRY SLACKE, Appellants, v. YELLOW TAXI CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Mortgagee of Record in an Extension Agreement Executed Pursuant to a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 98 Montague Street (Bossert Hotel), Brooklyn, New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 170903, etc., and for the Benefit of the Holders of Investments in Said Mortgage, Plaintiff, v. ESTATE OF LOUIS BOSSERT, INC., and Others, Defendants, BROOKLYN TRUST COMPANY, as Trustee and Assignee, etc., and Others, Appellants; PUBLIC OPERATING CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel and Taylor, JJ.; Hagarty, J., not voting.

ULEN & COMPANY, Appellant, v. BANK GOSPODARSTWA KRAJOWEGO (NATIONAL ECONOMIC BANK), Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for extension of time granted and defendant's time to answer extended until twenty days after the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE WILLIAMSBURGH SAVINGS BANK, Respondent, v. WALTER AVERY, Appellant; HARRY D. PORTNOI, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THOMAS BIRMINGHAM, Appellant, v. DAILY MIRROR, INC., Respondent.— In an action for libel, order granting motion to dismiss the complaint for insufficiency affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. [175 Misc. 372.]

MABEL BUNCE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action for damages for personal injuries suffered by plaintiff as a consequence of falling at a ledge on a sidewalk adjacent to a building. Judgment for the defendant reversed on the law and the facts and a new trial granted, with costs to abide the event. The court erred in its charge to the plaintiff's prejudice. It interjected into the jury's deliberations a question of whether or not plaintiff fell because of a foreign substance, although there was no evidence of a foreign substance. It charged the jury that the verdict must be for the defendant if the jury " are